COURT OF CRIMINAL APPEALS

83,508-01

EX PARTE

DEREK PAUL RAY SR.

In THE CRIMINAL
DISTRICT COURT NO. 2
DALLAS COUNTY, TEXAS
RE: WRIT NO. W96-51596-I(A)

Abel Acosta, Clerk

APPLICANT'S OBJECTION TO THE
STATE'S JUNE 30, 2015 ORDER AND FI-
NDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes Applicant Derek Paul Ray Jr. pro se, by way of ob-
jection to the State's June 30, 2015 order alleging that it finds no
controverted previously unresolved factual issues requiring a
hearing for the following reasons.

## I

Applicant has alleged facts which if true would entitle h-
im to releif as govern under both the State and Federal law in
the Light of Ex parte Maldonado 688 SW 2d. 114, 116 (Tex Crim App 1985)
and Bryan v. Mullin 335 F. 3d. 1207 (LR 10 2003) which Applicant under
writ cause no. F96-51596-I(A) Applicant alleged that the indictme-
nt shown in (CR: 2-5) alleged that Applicant committed the offense of
injury to a child, by knowingly and intentionally causing serious
bodily injury to a child, a first degree felony under 22.04 (a)(1); CR,
2-5) was a defect of substance because said indictment failed to appra-
ise Applicant of the culpable mental state of reckless and negligen-
ce which identifies the statute of injury to a child as set out under
Tex. Penal code 22.04.

Therefore Applicant asserts that in the absence of such nature
of the offense Applicant was deprived of pursuing a defense of reckless
or negligence and led to beleive by counsel this offense was only a first
degree felony with a sentencing range of 5 to 99 to life, which was clear-
ly erroneous.

Applicant further asserts that it would be unreasonable for
the Tex court of crim App to adopt the State's June 30, 2015 findings th-
at there are no controverted issues, because the state has failed
in it's June 25, 2015 response or June 30, 2015 finding to overcome the
alleged facts by Applicant, which asserted that, the (CR: 2-5) has
failed to fully appraise Applicant of the nature of the changes
against him, as required under the 6th and 14th amend, of the U.S

const, in light of Henderson v Morgan 426 U.S. 637, 645, 13, 96, S ct 2253, 49 L.Ed. 2d. 108 (1976) and Flores v State 102 Sw 3d. 328 (2003)

## II

Applicant also asserts that it would be unreasonable to adopt the State's June 25, 2015 response on June 30, 2015 Findings, because Applicant is actually innocent, in the light of Exparte Brooks 219 Sw3d 399 (Tex Crim App 2007) also under Art. 11.07 Sec. (4)(A)(2) of the Tex Code of Crim Proc. And Bousley v U.S. 525, U.S. 614, 140, L.Ed. 2d. 838, 118 Sct. 1604 (1998), because his plea was rendered unknowingly and involuntary and in the absence of being made fully aware of the nature of the charges against him and the consequences of such a plea as set out in Henderson v Morgan 426 U.S. 637, 17, 96 Sct. 2253, 49 L.Ed. 2d. 1080 976) therefore rendering such plea involuntary under Boyklin v Alabama 395 U.S. 236, 242, 89 Sct. 1709, 23 L.Ed. 2d. 274 (1969); Brady v United States 397 U.S. 742 (1970) and Smith v O'Grady 312 U.S. 329 and counsel's advice erroneous under Hill v Lockhart 474 U.S. 52 (1985).

## PRAYER

Applicant pray that this court of Crim Appeals will review Applicant's actual innocent claim in the light of Bousley v U.S. 523 U.S. 614, 140, L.Ed. 2d. 838, 118 Sct. 1604 (1998) and the fact shown in (C.R. 2-5) under cause no. F96-51596-I. In The Second Dist Court of Dall. Co. Tx. And determine in the light of Flores v State 102 Sw3d. 328 (2003) that the state has failed under Tex Pen Code 22.04 (A) to to fully aware Applicant of the nature of the charge against him so that Applicant can prepare a defense or pursue a lesser included offense of injury to a child under reckless or negligence, instead of the first degree Felony offense of knowingly and intentionally shown in (C.R. 2-5)

## CERTIFICATE OF SERVICE

Applicant state that the foregoing is true and correct and free of perjury.

Executed on this date 15TH of July 2015.

Derrick Paul Ray Sr. #1214049
Derrick Paul Ray Sr.
TDCJ-ID; 1214049
French Robertson Unit
12071 Fm 3522
Abilene, Texas 79601

(2)